# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTONNE T. COX AND | ) | AMENDED COMPLAINT |
| PEARLETHA BARLOW-COX | ) | JUDGE:SAMUEL-DER-YEGHIAYAN |
| Plaintiffs, | ) | |
| v. | ) | Case No.:13 C 03960 |
| FREEDOM MORTGAGE CORPORATION, | | |
| FNF SERVICING INC. (LOANCARE) | | |
| Defendants | | Plaintiffs Demands Trial By Jury |

FILED
SEP 23 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOW COMES PLAINTIFFS COMPLAINT AT LAW

Plaintiffs ANTONNE T. COX and PEARLETHA BARLOW-COX ("COX"), Complaining of Freedom Mortgage CORPORATION or *a Corporation organized and existing under Illinois Law and FNF SERVICING INC.(LoanCare), Incorporated* registered agent CT Corporation Services, 208 South LaSalle Street, Ste. 814, Chicago, Il 60604 and existing under Illinois Law, states as follows:

## COUNT I – FRAUD – SPECIFICALLY (APPRAISAL FRAUD)

### FREEDOM MORTGAGE CORPORATION and FNF Servicing, Inc. ( LOANCARE) and its AUTHORIZED AGENTS.

1. On or about November 8, 2008, Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox contacted FREEDOM MORTGAGE CORPORATION AND FNF SERVICING, INC. (LOANCARE) AND AGENTS VICTORY BANKERS/BROKERS for a mortgage. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox completed the mortgage application and were told that they Qualified for a mortgage of $244,000.00 at an interest rate of 6%. But of course this depended upon the following: An appraised value of the property, showing the property is worth $244,000.00. (2) Credit report and (3) Income level.

The Plaintiff Antonne T. Cox informed FREEDOM MORTGAGE CORPORATION and FNF/LOAN CARE SERVICING and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS that his income fell from $60,000.00 to $20,000.00. Plaintiffs, Antonne & Pearletha Cox informed FREEDOM MORTGAGE CORPORATION and FNF SERVICING, INC. (LOANCARE) and their AGENTS VICTORY MORTGAGE BANKERS/BROKERS that the property was valued in 2008 at $120,000.00. However, FREEDOM MORTAGE CORPORATION and FNF SERVICING, INC. (LOANCARE) and their AGENTS VICTORY MORTGAGE BANKERS/BROKERS told Plaintiff Cox, let's complete the application process and we will see.

2. On or about February 30, 2009 Defendants (Agent) a title appraisal agent contacted Plaintiffs and informed them, that an appraisal had been made on Plaintiffs property at 1244 South Homan Avenue, Chicago, Il 60623 and said appraisal was valued at $244,000.00. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox requested a copy of said appraisal from FREEDOM MORTGAGE CORPORATION AND FNF SERVICING, INC. (LOANCARE) and AGENTS VICTORY MORTGAGE BANKERS/BROKERS and their AGENT. Plaintiffs are required to review appraisal, prior to closing as stated under Municipal code (S) 2-23-455-(2000) 12-USC 1841 et seq. Predatory Lending.

### COUNT II – (FRAUD)

1. On or about April 9, 2009 at closing at Defendant's agent office VICTORY MORTGAGE/BROKERS/BANKERS Plaintiffs Antonne T. Cox and Pearletha Barlow- Cox became aware that their income and assets applications were misrepresented and overstated. At no time did Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox produced, or executed any documents representing the documents that were presented to them at closing. Plaintiffs believed FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOAN CARE) and their AGENTS misrepresented material facts.

## COUNT III – (FRAUD)

On or about April 9, 2009 closing took place at FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE ) and the AGENT'S OFFICE VICTORY MORTGAGE/BANKERS at 1070 N. Milwaukee Ave., Chicago, IL 60622.

1. FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE) their AGENTS omitted said appraisal from closing documents.

2. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox informed FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE) their AGENT VICTORY MORTGAGE BANKERS/BROKERS that the following documents were misrepresented. (1) US Department of Housing and Urban Development
(2) Settlement Statement (3) Application and Certification by Buyer (4) Predatory Lending Loan Application and Certification of Compliance

3. Because Plaintiff Antonne T. Cox lost 50% of his income in 2009, Plaintiffs were under duress and had to save their property which they had acquired in August, 2004. Plaintiff's monthly mortgage amount increased by $500.00 per month with FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE) Plaintiffs were close to foreclosure and had very few choices. Plaintiffs made VICTORY MORTGAGE BANKERS/BROKERS aware that Plaintiffs made not be able to afford this new mortgage.

4. VICTORY MORTGAGE BANKERS/BROKERS an agent of FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE) assured the Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox that FREEDOM MORTGAGE CORP.and FNF SERVICING, INC. (LOANCARE) would reduce our mortgage amount via modification after six months and that they were confident that since real estate were sparring downward, that

FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE) would have to modify our mortgage within the next year.

Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox believed that FREEDOM MORTGAGE CORP. and FNF SERVICING, INC. (LOANCARE) and AGENTS/VICTORY MORTGAGE BANKERS/BROKERS were commercially sophisticated. Plaintiffs reasonably relied on the mortgagee's misrepresentations. The Plaintiffs exercised ordinary diligence in telling the truth to VICORY MORTGAGE BANKERS/BROKERS.

## COUNT IV – (FRAUD)

1. On or about June, 2010 Plaintiffs were five months in the rear with FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) on this date, again FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) gave the Plaintiffs a mortgage modification and the loan amount of $238,000.00 at 6%.

2. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox again fell behind in their mortgage payments and again FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) gave them a mortgage modification in the amount of $258,000.00 at 4.3%.

3. At all times Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox believed that FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS would do the right thing. Plaintiffs relied upon FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS and believed that because they and their AGENTS had misrepresented Plaintiffs income and assets and the value of his property, coupled with a downward turn in property prices that FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) would give Plaintiffs a mortgage modification they could afford. However, this did not happen and in fact the reversed has happened. The Plaintiffs owe more after FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) two modifications.

## COUNT V – (FRAUD)

1. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox have tried to refinance with other financial institutions and have been denied because of the value of their home to date is $120,000.00 and was and has been valued at $120,000.00 since 2008.

2. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox warned Defendants FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS that the appraised value of their property located at 1244 S. Homan Ave., Chicago, IL 60623 was overstated and loan#4879292 and parcel pin#16-23-203-028-0000 located in the Lawndale District of Chicago, IL was over valued.

3. Defendants FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS and their agents, by and through their agent's servants/or/employees, including their appraisal agent, and each other, had a statutory duty to use the highest degree of common practical mortgage.

4. Defendants FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS their agents actions, acts and omissions to act, and failure to act, was at the time April 9, 2009 violated the following statutory laws: Consumer Credit Protection Act (15) U.S.C.A. - 1601et, Municipal Code 2-32-455-(2000), 12 USC. 1841 et seq. Predatory Lending and Real Estate Settlement Procedures Act. Title 12, U.S.C. Section 2605(e).

## RELIEF AND DAMAGES

As a direct and proximate result of one or more of the aforementioned omissions, misrepresentations and over valued appraisal, and Defendants failure to act responsibly, concerning their statutory duties and mortgage lending and predatory practices. Plaintiffs Antonne T. Cox and Pearletha Barlow-Cox have been forced to pay excessive interest fees, property tax fees and unconscionable monthly mortgage payment.

WHEREFORE, Plaintiffs, ANTONNE T. COX and PEARLETHA BARLOW COX demand judgment against Defendants FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS any all other AGENTS in the amount of $150,000.00 or what is allowed by this this courts jurisdictional requisite that will fairly and adequately compensate for the losses alleged herein and a temporary injunction against Defendants FREEDOM MORTGAGE CORP. and FNF Servicing, Inc. (Loancare) and its AGENTS VICTORY MORTGAGE BANKERS/BROKERS from executing and collecting mortgage payments from the Plaintiffs until the completion of this suit.

## VERIFICATION

State of Illinois

County of Cook

We, Plaintiffs ANTONNE T. COX and PEARLETHA BARLOW- COX, on oath state, and each of us for himself or herself states, that each of us is one of the Plaintiffs in this action. We further state on oath that we knowledge of the contents and the matters set out in the complaint are true in substance and in fact.

_____      9-23-2012
ANTONNE T. COX                       DATE


_____      _____
PEARLETHA BARLOW-COX                 DATE